UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FEDERAL TRADE COMMISSION,

        Plaintiff,                Case No. 8:13-cv-123-T-33EAJ

vs.

INNOVATIVE WEALTH BUILDERS, INC.;
et al.,

        Defendants.
_____/

## ORDER

This Matter is before the Court on Independent Resources Network Corp. d/b/a IRN Payment Systems' ("IRN") *Motion for Modification of Stipulated Preliminary Injunction and Supporting Memorandum of Law* (Doc. # 33), the Federal Trade Commission's *Motion, and Memorandum in Support, to Strike the Motion filed by Non-Party Independent Resources Network Corp. at Document Number 33* (Doc. # 35), and the Receiver's *Motion for Order to Show Cause as to why IRN should not be held in Contempt of Court* (Doc. # 38) (collectively "the Motions"), and the responses to the Motions (Doc. ## 42, 43 and 44.). This Court held an evidentiary hearing on the Motions on Friday, March 1, 2013. Upon the evidence presented and arguments of counsel at the evidentiary hearing, it is **ORDERED, ADJUDGED**, and **DECREED** that:

    1.    IRN's Motion for Modification of Stipulated Preliminary Injunction (Doc. # 33) is **DENIED**.

  2. The Federal Trade Commission's Motion to Strike the Motion filed by Non-Party IRN (Doc. # 35) is **DENIED**.

  3. The Receiver's Motion for Order to Show Cause as to why IRN should not be held in Contempt of Court (Doc. # 38) is **DENIED**, without prejudice.

  4. IRN and First California Bank shall deliver the $688,249.76 currently held in IRN's Reserve Account to the Receiver no later than Wednesday, March 6, 2013, by check payable to the Receiver, or in such other form as the Receiver and IRN may agree.

  5. The Receiver shall place half of the funds received on deposit in the general receivership accounts maintained at Suntrust Bank. Those funds shall be available to pay the expenses of the receivership estate.

  6. The Receiver shall place the other half of the funds received on deposit in a separate interest-bearing Receivership account. Unless otherwise ordered by this Court, such funds shall not be available to pay the expenses of the receivership estate.

  **DONE** and **ORDERED** in Chambers in Tampa, Florida, this 4th day of March, 2013.

            _____
            VIRGINIA M. HERNANDEZ COVINGTON
            UNITED STATES DISTRICT JUDGE

Copies to: Mark J. Bernet, Receiver
     All Counsel of Record