**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>INNOVATIVE WEALTH BUILDERS, INC.;<br>CARLY JANENE PELLAND, a/k/a<br>CARLY ZURITA; TAMARA DAWN JOHNSON;<br>SHERYL LEIGH LOPEZ; and INDEPENDANT<br>RESOURCES NETWORK CORP. also d/b/a IRN<br>PAYMENT SYSTEMS,<br><br>　　　　　Defendants. | Civ No. 8:13-cv-123-T-33EAJ<br><br>**PLAINTIFF FEDERAL TRADE COMMISSION'S NOTICE OF ELECTRONIC FILING OF EXHIBITS TO MOTION, AND MEMORANDUM IN SUPPORT, OF TEMPORARY RESTRAINING ORDER [Docs. 3 and 4].** |

　　　　Plaintiff Federal Trade Commission ("FTC") hereby notifies all parties of electronic filing of exhibits to the FTC's *Ex Parte Motion for a TRO with an Asset Freeze, the Appointment of a Receiver, and other Equitable Relief, and an Order to Show Cause why a Preliminary Injunction Should Not Issue* [doc. 3] and *Memorandum in Support* [doc. 4] (collectively, the "TRO Motion").

　　　　The FTC filed its TRO Motion on January 14, 2013, along with its complaint and various other documents. Although most of the documents that the FTC filed on January 14 now appear on the electronic docket in this matter, the exhibits that were attached to the TRO Motion do not appear on the electronic docket.[1] Accordingly, Plaintiff submits this Notice along with 27

---

[1] The original defendants in this matter— Innovative Wealth Builders, Inc.; Carly Janene Pelland; Tamara Dawn Johnson and Sheryl Leigh Lopez—were served with copies of all initial documents, including the TRO Motion exhibits, on January 16, 2013.

exhibits, which are the first 27 exhibits, attached to the TRO Motion.[2] The numbering of the exhibits remains consistent: *e.g.*, exhibit 1 attached hereto is exhibit 1 of the TRO Motion.

Respectfully Submitted,

DAVID C. SHONKA
Acting General Counsel

Dated: June 6, 2013

s/ S. Spencer Elg
S. SPENCER ELG, Trial Counsel
(Georgia Bar No. 940592)

225 Peachtree Street, Suite 1500
Atlanta, Georgia 30303
Telephone: (404) 656-1354
Facsimile: (404) 656-1379
E-mail: selg@ftc.gov

Attorneys for Plaintiff,
FEDERAL TRADE COMMISSION

## CERTIFICATE OF SERVICE

I hereby certify that on this day, June 6, 2013, a true and correct copy of the foregoing document was served on all counsel or parties of record via the Court's CM/ECF system.

s/ S. Spencer Elg
S. Spencer Elg

---

[2] Exhibits 28-48 of the TRO motion are publicly available cases and statutes and, therefore, have not been attached. Counsel for the FTC will provide a copy of exhibits 28-48 to any party upon request.